UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

APR 15 2026

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL PHILLIP BRACKNELL

CASE NO. 8:26-CR-139-KKM-AEP

21 U.S.C. § 841(a)(1)
(Possession with Intent to
Distribute Methamphetamine)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Possession With Intent to Distribute Methamphetamine)

On or about May 15, 2025, in the Middle District of Florida, and elsewhere, the defendant,

MICHAEL PHILLIP BRACKNELL

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved 50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

## FORFEITURE

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2.      Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any

property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.    If any of the property described above, as a result of any acts or omissions of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Michael C. Sinacore
Assistant United States Attorney

By: _____
Christopher Murray
Assistant United States Attorney
Chief, Criminal Division (South)

3

FORM OBD-34
April 26

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL PHILLIP BRACKNELL

INDICTMENT

Violations: 21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 15th day

of April 2026.

_____
JEREMIAH SMITH Clerk

Bail $_____

GPO 863 525