**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs-                                                    Case No. 8:26-cr-139-KKM-AEP

MICHAEL BRACKNELL

**CLERK'S MINUTES**
Proceeding: Initial Appearance and Arraignment
*Courtroom 12B*

Judge: Anthony E. Porcelli, U.S. Magistrate Judge          Date: May 11, 2026
Deputy Clerk: Ashley Sanders                              Time: 2:28 p.m.
USPO: Charlene Cohen                                      Recess: 2:32 p.m.
Court Reporter: Digital                                   Total Time: 4 min
Interpreter: none

---

Counsel for USA: Courtney Derry, AUSA
Counsel for Defendant: Regine Etienne, AFPD

---

Court calls case and counsel enters appearances.

Court advises of charges contained in Indictment. Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

BOND:      Government:  moves for detention.

           Defendant:    reserves.

Court orders Defendant detained pending trial.

Defendant waives full and formal reading, enters a plea of not guilty, moves to participate in discovery. Government moves for reciprocal discovery.

Trial set for the July 6 trial term before Judge Mizelle. Status Conference set for June 9 at 9:00 a.m. Pretrial order to be entered.

Oral due process order pronounced.

Recess.