**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                              **Case No.     8:26-CR-139-KKM-AEP**

**MICHAEL PHILLIP BRACKNELL**
                                                                          /

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the Defendant pending trial in this case.

The Defendant is charged in an indictment with possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). The United States requested that the Defendant be detained pending the outcome of the instant case relying upon statutory factors, specifically, the nature of the underlying offense and the Defendant's criminal history. At present, the Defendant does not challenge his detention. Based upon the proffers and arguments of the parties,[1] I am satisfied by clear and convincing evidence that there are no conditions available to the Court that

---

[1] "The rules concerning admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the [detention] hearing." 18 U.S.C. § 3142(f).

1

will assure that the Defendant is not a risk of flight or a danger to the community. For reasons stated on the record, the Court finds that there are no conditions available at this time to ensure that the Defendant would not be a risk of flight or a danger to the community should he be released and accordingly, he is ordered **DETAINED**.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida this 11th day of May 2026.

Copies furnished to:

Counsel of Record
Pretrial Services
U.S. Marshal

ANTHONY E. PORCELLI
United States Magistrate Judge