AO 442 (Rev. 11/11) Arrest Warrant

MAY 12 2026 PM 2:29
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:26-CR-139-KKM-AEP |
| Michael Phillip Bracknell | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

RECEIVED U.S. MARSHALS
2026 APR 17 08:36

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Phillip Bracknell                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

  Possession With Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Date:  4/16/2026                                    

                                                    *A Waddell*  ANGEL WADDELL
                                                    _____
                                                    *Issuing officer's signature*

City and state:      Tampa, FL                          

                                ELIZABETH WARREN, Clerk, United States District Court
                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)*  04/16/2026   , and the person was arrested on *(date)*  05/11/2026   04/27/2026
at *(city and state)*      Land O' Lakes, FL             .

Date:  05/11/2026                      

                                                    _____
                                                    *Arresting officer's signature*

                                                    Nate Russ, Special Agent
                                                    _____
                                                    *Printed name and title*