**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                        **Case No.   8:26-cr-00139-KKM-AEP-1**

**MICHAEL PHILLIP BRACKNELL.**

_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Michael Phillip Bracknell, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's July 2026 trial term, by sixty (60) days. The government is not opposed to this request. As grounds in support thereof, Mr. Bracknell states:

1. Mr. Bracknell had his initial appearance and arraignment on May 11, 2026, before Honorable Anthony E. Porcelli and was charged via a One count Indictment Possession with intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841 (a)(1), and was detained. Docs. 1 and 10.

2. A pretrial discovery notice set this matter for July 2026 trial term and status conference on June 9, 2026. Doc. 14.

3. This is the first continuance requested in this matter.

4. Defense recently received discovery and is therefore seeking a two-

cycle continuance to receive said material, and to discuss and review evidence material with Mr. Bracknell as well as to negotiate with the government.

5. Undersigned has conferred with Assistant United States Attorney Michael Sinacore, who has advised that the government does not oppose the relief sought in this motion.

6. Mr. Bracknell is in agreement with this motion and waives his speedy trial through September 30, 2026.

## MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Bracknell argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Michael Phillip Bracknell, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Bracknell in a speedy trial and enter an Order continuing the trial term to the September 2026 trial term.

DATED this 3rd day of June 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of June 2026, a true copy of

the foregoing was filed with the Clerk of the Court using the CM/ECF system,

which will send a notice of the electronic filing to:

Michael Carl Sinacore, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Defender

4