UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:26-cr-139-KKM-AEP

MICHAEL PHILLIP BRACKNELL

**UNITED STATES' INFORMATION AND
NOTICE OF PRIOR CONVICTION UNDER 21 U.S.C. § 851**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this Information and Notice of Prior

Conviction under 21 U.S.C. §§ 851 and 841(b)(1)(A), and contends that:

1.     A grand jury returned a one-count Superseding Indictment against the

defendant, charging him with the following offense:

Count One – On or about May 15, 2025, the defendant,

MICHAEL PHILLIP BRACKNELL, did knowingly and intentionally

possess with intent to distribute a controlled substance. The violation

involved 50 grams or more of methamphetamine, a Schedule II

controlled substance.

In violation of 21 U.S.C.§ 841(b)(1)(A).

2.     As to Count One, a violation of 21 U.S.C. § 841(b)(1)(A) provides for a

mandatory minimum term of imprisonment of ten years and a maximum term of

imprisonment of life, a fine not to exceed the greater of that authorized in accordance

1

with the provisions of Title 18 or $10,000,000, and a minimum term of supervised release of five years up to life.

2.      Pursuant to 21 U.S.C. §§ 841(b)(1)(A) and 851, if any person commits such a violation after a prior conviction for a "serious drug felony" has become final, such person shall be sentenced to enhanced penalties.

3.      The defendant has the following prior conviction for a "serious drug felony" that has become final, for which the defendant has served a term of imprisonment of more than 12 months, and the defendant's release from imprisonment was within 15 years of the commencement of the offenses charged in Count One:

> Trafficking in Methamphetamine – 14 Grams or Over , in violation of Florida Statutes § 893.135(1)(f)1a, case number 2019CF000271CFAXES, in the Sixth Judicial Circuit, Paco County, Florida; convicted on or about April 22, 2021.

4.      Because the defendant's prior conviction constitutes a "serious drug felony" under 21 U.S.C. § 802(58) , the defendant is subject, upon conviction for the offense charged in Count One, to the enhanced penalties described in 21 U.S.C. § 841(b)(1)(A) including: a mandatory minimum term of imprisonment of fifteen years and a maximum term of imprisonment of life, a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18 or $20,000,000, and a minimum term of supervised release of ten years up to life.

5.    Accordingly, the United States respectfully requests that upon the defendant's conviction for the offense charged in Count One of the Indictment, the Court apply the enhanced penalty provisions of 21 U.S.C. § 841(b)(1)(A) in determining an appropriate sentence in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:    /s/ Michael C. Sinacore
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

3

**U.S. v. Michael Phillip Bracknell**          **Case No. 8:26-cr-139-KKM-AEP**

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel or record.

> /s/ Michael C. Sinacore
> Michael C. Sinacore
> Assistant United States Attorney
> Florida Bar No. 868523
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida 33602-4798
> Telephone:   (813) 274-6000
> Facsimile:    (813) 274-6358
> E-mail: michael.sinacore@usdoj.gov