## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                    **Case No.   8:26-cr-00139-KKM-AEP-1**

**MICHAEL PHILLIP BRACKNELL.**

_____/

### UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Michael Phillip Bracknell, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for the Court's September 2026 trial term, by an additional thirty (30) days and to extend the pretrial motion deadline. The government is not opposed to this request. As grounds in support thereof, Mr. Bracknell states:

1. Mr. Bracknell had his initial appearance and arraignment on May 11, 2026, before Honorable Anthony E. Porcelli and was charged via a One count Indictment Possession with intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841 (a)(1), and was detained. Docs. 1 and 10.

2. A pretrial discovery notice set this matter for July 2026 trial term and status conference on June 9, 2026. Doc. 14. The same order set the pretrial motion deadline at 30 days from the receipt of Rule 16

discovery. *Id*. Initial discovery was received on May 19, 2026.

3. This is the second continuance requested in this matter. Doc. 16.

4.  Defense recently additional discovery on July 17, 2026. Counsel received a superseding indictment on July 23, 2026. Doc. 18. Counsel is therefore seeking an additional cycle continuance to review said material, and to file a pretrial motion to suppress. Through discovery provided by the government and through investigation undersigned has concluded that there are good grounds to file a motion to suppress in this case challenging the stop, K9 sniff, and *Terry* frisk.

5. The aforementioned motion has been prepared and we are requesting a filing extension to August 7, 2026.

6. Undersigned has conferred with Assistant United States Attorney Michael Sinacore, who has advised that the government does not oppose the relief sought in this motion.

7. Mr. Bracknell is in agreement with this motion and understands that the Court may conclude that there is good cause to exclude time through October 31, 2026 from the speedy trial calculation.

## MEMORANDUM OF LAW

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any

scheduling conflict. Mr. Bracknell argues that this motion satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Michael Phillip Bracknell, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Bracknell in a speedy trial and enter an Order continuing the trial term to the October 2026 trial term.

DATED this 28th day of July 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Ste 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael Carl Sinacore, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender