# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                   **Case No.   8:26-cr-00139-KKM-AEP-1**

**MICHAEL PHILLIP BRACKNELL.**

_____/

## NOTICE OF REQUEST FOR EVIDENTIARY HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

The Defendant, Michael Phillip Bracknell, by and through his attorney, pursuant to Local Rule 3.01(i) requests an evidentiary hearing on the Motion to Suppress. Doc. 25. The time necessary for the hearing should be approximately two hours.

DATED this 4th day of August 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 4th day of August 2026, a true copy of

the foregoing was filed with the Clerk of the Court using the CM/ECF system,

which will send a notice of the electronic filing to:

Michael Carl Sinacore, AUSA


*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender

2