# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**Case No.: 8:26-CR-139-KKKM-AEP-1**

**Plaintiff,**  ☒
**Government**  ☐

☒ **Evidentiary**
☐ **Trial**
☐ **Other**

v.

**MICHAEL PHILLIP BRACKNELL**                    /

## DEFENDANT'S EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| A | | | | | Deposition of Detective Upchurch, September 29, 2025 |
| B | | | | | Deposition of Detective Chimeri, September 29, 2025 |
| C | | | | | Deposition of Officer Limoges, September 29, 2025 |

DATED this 5th day of August 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of August 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael Carl Sinacore, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire,
Assistant Federal Public Defender

3