**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| CASE NO.: | 8:26-cr-139-KKM-AEP | DATE: | August 5, 2026 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | n/a |
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL PHILLIP BRACKNELL | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Michael Sinacore AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire AFPD | |
| **COURT REPORTER:**   DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** | 3:32 to 3:34   **TOTAL:** 2 MIN | **PROBATION:** | |
| | | **COURTROOM:** | 10A |

**ARRAIGNMENT ON <u>SUPERSEDING</u> INDICTMENT  –**

**DEFENDANT IS PRESENT**

SUPERSEDING INDICTMENT FILED AND COPIED TO DEFENDANT

THE DEFENDANT WAIVED READING OF THE SUPERSEDING INDICTMENT

NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

Oral motion for discovery.   Oral motion for reciprocal discovery.
Government to provide Rule 16(a); Defendant to provide Rule 16(b).

Defendant remanded.