UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-139-KKM-AEP

MICHEAL PHILLIP BRACKNELL

**UNITED STATES' RESPONSE JOINING DEFENDANT'S REQUEST FOR AN EVIDENTIARY HEARING**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby joins in Michael Phillip Bracknell's request (Doc. 26) for an evidentiary hearing on the defendant's motion to suppress (Doc. 25). Factual findings by the Court are necessary for the Court to rule on the motion.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Michael C. Sinacore*
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6396
Facsimile: (813) 274-6178
E-mail: michael.sinacore@usdoj.gov

**U.S. v. Michael Phillip Bracknell Case No. 8:26-cr-139-KKM-AEP**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Michael C. Sinacore*
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6396
Facsimile: (813) 274-6178
E-mail: michael.sinacore@usdoj.gov