UUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-139-KKM-AEP

MICHAEL PHILLIP BRACKNELL

**UNITED STATES' NOTICE OF CERTIFICATION OF COPIES OF PUBLIC RECORDS AND INTENT TO OFFER INTO EVIDENCE**

The United States, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, pursuant to Rules 803(8) and 902(4) of the Federal Rules of Evidence and Rule 27 of the Federal Rules of Criminal Procedure, hereby files a notice of certification of public records in the custody of Pasco County, Florida—specifically, Zephyrhills Police Department dispatch call and communications records regarding subject: Michael Bracknell; location of incident: Daughtery Rd. & Sylvan Lane, Zephyrhills, Florida; date: May 15, 2025; time of incident: 3:42 p.m.; type of incident: traffic stop. The records are certified as true and accurate reproductions of said records, kept in the ordinary course of business, and signed by a records custodian. The certified public records have been provided to the defendant in discovery.

In filing this notice and serving the same upon the defendant in this

case, the United States hereby provides notice that the government intends to offer the records into evidence during the motion to suppress hearing and the trial in this case, pursuant to Fed. R. Evid. 803(8) and 902(4).

WHEREFORE, the evidence described and referenced in this notice should be admitted during the evidentiary hearing and at trial pursuant to Fed. R. Evid. 803(8) and 902(4).

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *<u>/s/ Michael C. Sinacore</u>*
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov

**U.S. v. Michael Phillip Bracknell Case No. 8:26-cr-139-KKM-AEP**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Michael C. Sinacore*
Michael C. Sinacore
Assistant United States Attorney
Florida Bar No. 868523
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: michael.sinacore@usdoj.gov