**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE KATHRYN K. MIZELLE**

| | |
|---|---|
| CASE NO. 8:26-cr-139-KKM-AEP | DATE: September 28, 2026 |
| TITLE: UNITED STATES OF AMERICA v. MICHAEL BRACKNELL | |
| START & END TIME: 10:02 a.m.- 11:22 a.m. 11:34 a.m. – 12:52 p.m. 1:03 p.m. –: 1:49 p.m.<br>TOTAL: 3 hours and 24 minutes | |
| Courtroom Deputy Clerk: Kelsey Fiddes | Interpreter/Language: N/A |
| Court Reporter: Bill Jones | |
| Counsel for Government: Michael Sinacore | |
| Counsel for Defendant: Ryan Maguire | |

## CRIMINAL MINUTES – EVIDENTIARY MOTION HEARING

Court in session and counsel identified for the record. Case Agent Gabrielle Jeskey at Government table. Case agent Brittney Drake seated at Defense Table.

Rule of Sequestration invoked by the Defense.

Government Witness: Police Officer Morgan Upchurch seated and sworn at witness stand. Direct examination by Michael Sinacore. Cross examination by Ryan Maguire. Government re-direct. Witness excused.

Government Witness: Detective Steven Chimeri seated and sworn at witness stand. Direct examination by Michael Sinacore. Cross examination by Ryan Maguire. No redirect by Government. Witness excused.

Government Witness: K-9 Handler Emil Limoges seated and sworn at witness stand. Direct examination by Michael Sinacore. Cross examination by Ryan Maguire. Redirect by Government. Witness excused.

Court discusses with the parties Defendant's motion (Doc. 25) Motion to suppress physical evidence, statements, derivative evidence, and request for an evidentiary hearing.

Statements made by counsel.

Court adjourned.