UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, Case No. 8:26-cr-139-KKM-AEP

Plaintiff, ☐
Government ☒

☒ Evidentiary
☐ Trial
☐ Other

v.

MICHAEL PHILLIP BRACKNELL

Defendant ☐

# AMENDED EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 9/28/26 | 9/28/26 | Morgan Upchurch | Dash Camera Video—Upchurch |
| 2 | | | Morgan Upchurch | Body Camera Video—Upchurch |
| 2T | | | Morgan Upchurch | Transcript for GX2—Body Camera Video—Upchurch |
| 3 | | | Steven Chimeri | Dash Camera Video—Chimeri |
| 4 | | | Steven Chimeri | Body Camera Video—Chimeri |
| 4T | | | | Transcript for GX4—Body Camera Video—Chimeri |
| 5 | | | Emil Limoges | Body Camera Video—Limoges |
| 5T | | | Emil Limoges | Transcript for GX5—Body Camera Video—Limoges |
| 6 | | | | ZPD Communication Report—5/15/2025 |
| 7 | | | | K-9 Woody Certification—November 2025 |

Case No.:



**EXHIBIT LIST - Continuation Sheet**

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 8 | \| | \| | \| | K-9 Woody Training Record—January – May 2025 |
| | | | | |
| | | | | |