**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

Plaintiff,

Case No. 8:26-CR-139- KKM-AEP

v.

MICHAEL BRACKNELL

Defendant

---

**EXHIBIT LIST**

☐ Government ☐ Plaintiff(s) ☒ Defendant(s) ☐ Court ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 9/28/2026 | 9/28/2026 | Morgan Upchurch and Steven Chimeri | Google Map of Wawa exit onto County Road 54. |
| 4 | 9/28/2026 | 9/28/2026 | Morgan Upchurch | Google Map of Main Street near Quality Inn and Golden Corral. |
| 6 | 9/28/2026 | 9/28/2026 | Morgan Upchurch | Google Map of Main Street sign near Golden Corral and Napa. |
| 10 | 9/28/2026 | 9/28/2026 | Morgan Upchurch | Google Map of Main Street approach at Ameriwash. |