## Narrative by Limoges, Emile First Submitted: 05/16/2025 02:00

The below report is a brief synopsis of the events that transpired and a more detailed account was recorded on this officers body worn camera.

On 05/15/2025 at approximately 1542 hours, I observed Detective Upchurch conducting a traffic stop at Sylvan Ln. and Daughtery Rd. in Zephyrhills, FL. Upon my arrival at 1545 hours, I deployed K-9 Woody who is narcotic certified through the National Narcotic Detector Dog Association. K-9 Woody and I conducted an open air sniff around the electric scooter.

K-9 Woody started at the front left side of the electric scooter and worked to the back of the scooter. K-9 Woody alerted to the the center area with a change of demeanor and bracketing to odor. K-9 Woody gave a final response by starring at the center area of the scooter.

I advised Detective Chimeri and Detective Upchurch of my findings.

I then approached Mr. Bracknell to conduct a pat search of his person for weapons. Mr. Bracknell advised he had a knife in his left pocked as I started to pat search him. I felt a plastic pill bottle within his left lower cargo short pocket and he stated it was "viagra."

I then continued to pat Mr. Bracknell and felt a large non anatomical bulge within his crotch area, and upon feeling the contraband, Mr. Bracknell attempted to pull away from me.

## Narrative by Limoges, Emile (continued) First Submitted: 05/16/2025 02:00

Myself, along with Detective Chimeri and Upchurch detained Mr. Bracknell in handcuffs and I then recovered a white sock that Mr. Bracknell had concealed within his shorts that I turned over to Detective Chimeri.

I then observed Detective Chimeri remove what I identified through training and experience to be a large quantity of crystalline substance consistent with that of methamphetamine within two plastic bags from within the sock.

A full search of Mr. Bracknell met with no other contraband.

Mr. Bracknell was placed under arrest.

I have nothing further.